

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

RADICA NARINE,
    a/k/a "Radica Ally,"

            Defendant.

- - - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr.

07 CRM 693

## COUNT ONE

The Grand Jury charges:

From in or about October 2001, through in or about December 2006, in the Southern District of New York and elsewhere, RADICA NARINE, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, NARINE received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RADICA NARINE,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

7/26/07 *[handwritten note]* Ret 11-1-87 The case is ass[igne]d to Judge Jones for all purposes.

*[signature]* Judge Pa[uley]