U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2007

**BY FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/07  dc
```

Re: United States v. Radica Narine, 07 Cr. 693

Dear Judge Jones:

A conference in the above-referenced case was recently adjourned until November 8, 2007, to allow parties to continue discussing a possible disposition in this case and to allow defense counsel to adequately prepare his case. The Government therefore respectfully requests, with defense counsel's consent, to exclude time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(8)(A) from the date of this letter until the conference on November 8, 2007, to allow parties to continue discussing this case in the hopes of resolving this matter prior to trial and to allow defense counsel to adequately prepare his case.

*Application granted. In the interest of justice for the reasons stated above, Speedy trial time is excluded from October 15, 2007 to November 8, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Michael M. Rosensaft
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

SO ORDERED
BARBARA S. JONES
U.S.D.J.
Dated: 10/15/07

cc: Daniel Meyer, Esq.
Attorney for Defendant

TOTAL P.01