# DANIEL L. MEYERS
### Attorney-at-Law

TELEPHONE: (212) 226-4106                    FAX: (212) 431-0107

### 299 BROADWAY – SUITE 806
### NEW YORK, N.Y. 10007-1901

November 6, 2007

Via Fax: 212-805-6191
Hon. Barbara S. Jones
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  U.S. v. Radica Narine
     07 Cr. 693 (BSJ)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DATE FILED: 11/6/07

Dear Judge Jones:

   I am writing to request a limited modification of Ms. Narine's bail conditions in the above-referenced case. The request is to modify her travel restrictions to allow her to travel, round-trip by bus, from Queens, New York, to Atlantic City, New Jersey, on Sunday, November 11, 2007. Ms. Narine will be leaving at 8:00 A.M., with other family members, and will return home by 8:00 P.M.

   I have discussed this request with Assistant U.S. Attorney Michael M. Rosensaft who has no objection. In all other respects the bail conditions ordered by U.S. Magistrate Judge Michael H. Dolinger will remain in full force and effect.

   Thank you for your kind attention to this matter.

                         Respectfully yours,

                         *[signature]*
                         Daniel L. Meyers

DLM/d

cc: AUSA   Michael M. Rosensaft
    (Via Fax) 212 637-2527

*Application granted. Defendant's bail conditions are modified to allow her to travel to Atlantic City, NJ on Sunday, November 11, 2007. All other bail conditions remain unchanged.*

SO ORDERED *[signature]*
Dated: 11/6/07          BARBARA S. JONES
                        U.S.D.J.