

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2007

**BY FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 620
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/8/07
```

Re:  United States v. Radica Narine, 07 Cr. 693 (BSJ)

Dear Judge Jones:

A conference in the above-referenced case is currently set before Your Honor tomorrow, November 8, 2007, at 3:00 p.m. The parties have made significant progress in their discussions of a possible disposition in this case, and it is expected that the defendant will shortly make an application to Your Honor to enter a guilty plea to a superseding misdemeanor information pursuant to a plea agreement with the Government. Both parties therefore request that the conference before Your Honor tomorrow be adjourned in light of this probable resolution, in which case it is expected that we will contact Your Honor early next week to arrange a date for the guilty plea allocution.

Application granted. The November 8th conference is adjourned.

SO ORDERED
Dated:
/s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.
11/07/07

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Michael M. Rosensaft
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc:  Daniel Meyer, Esq.
     Attorney for Defendant