**DANIEL L. MEYERS**
Attorney-at-Law

TELEPHONE: (212) 226-4106                                FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

February 14, 2008

BY HAND

Hon. Barbara S. Jones
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  U.S. v. Radica Narine
     07 Cr. 693 (BSJ)

Dear Judge Jones:

    I am writing to request a limited modification of Ms. Narine's bail conditions in the above-referenced case. <u>It is requested that she be allowed to travel, round-trip by bus, from Queens, New York, to Foxwood, Connecticut, on Saturday, February 16, 2008</u>. Ms. Narine will be leaving at 8:00 A.M., with other family members, and will return home by 8:30 P.M.

    I have discussed this request with Assistant U.S. Attorney Michael M. Rosensaft who has no objection. In all other respects the bail conditions ordered by U.S. Magistrate Judge Michael H. Dolinger will remain in full force and effect.

    Thank you for your kind attention to this matter.

Respectfully yours,

Daniel L. Meyers

DLM/d

cc: AUSA    Michael M. Rosensaft

So ordered:
Barbara S. Jones
U.S.D.J.
2/14/08