# DANIEL L. MEYERS
Attorney-at-Law

TELEPHONE: (212) 226-4106

FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

April 24, 2008

VIA FAX: 212-805-6191

Hon. Barbara S. Jones
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   U.S. v. Radica Narine
      07 Cr. 693 (BSJ)

Dear Judge Jones:

I am writing to request a limited modification of Ms. Narine's bail conditions in the above-referenced case. It is requested that she be allowed to travel, round-trip by car, from Queens, New York, to Foxwood, Connecticut, on Saturday, April 26, 2008. Ms. Narine will be leaving at 5:00 P.M., with other family members, and will return to Queens, New York on Sunday, April 27, 2008, by 1:30 P.M.

I have discussed this request with Assistant U.S. Attorney Michael M. Rosensaft who has no objection. In all other respects the bail conditions ordered by U.S. Magistrate Judge Michael H. Dolinger will remain in full force and effect.

Thank you for your kind attention to this matter.

Respectfully yours,

Daniel L. Meyers

DLM/d

cc:   AUSA   Michael M. Rosensaft
             VIA FAX (212) 637-2527

*Handwritten order:* Application granted. Defendant's bail conditions are modified to allow her to travel to Connecticut from April 26, 2008 to April 27, 2008. All other bail conditions remain unchanged.

SO ORDERED
Dated: 4/24/08

Barbara S. Jones
S.D.J.