# DANIEL L. MEYERS
Attorney-at-Law

TELEPHONE: (212) 226-4106

FAX: (212) 431-0107

299 BROADWAY – SUITE 806
NEW YORK, N.Y. 10007-1901

May 19, 2008

VIA FAX: 212-805-6191
Hon. Barbara S. Jones
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Radica Narine
    07 Cr. 693 (BSJ)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08 dc
```

Dear Judge Jones:

I am writing to respectfully request that the Court permit Ms. Narine to report to the U.S. Probation Department on Tuesday, May 27, 2008. I have discussed this request with Assistant U.S. Attorney Michael M. Rosensaft who has no objection to extending Ms. Narine's time to report to next Tuesday.

Ms. Narine was sentenced by this Court on Friday, May 16, 2008, to a three-year term of probation. The Court required, as is standard, for Ms. Narine to report to the nearest probation office within 72 hours of sentencing. On this date, in the early morning hours, Ms. Narine's brother, Krishenlal Narine, died. At death, he was a patient at the Queens Hospital Center, Jamaica, New York. Due to this circumstance, Ms. Narine needs to be with her mother and other family for consolation and to make arrangements for the funeral and other matters. Understandably she is very distraught.

Thank you for your kind attention to this matter.

Respectfully yours,

Daniel L. Meyers

DLM/d
cc:
AUSA Michael M. Rosensaft
(Via Fax: 212-637-2527)
Ms. Radica Narine

Application granted

SO ORDERED
Dated:   BARBARA S. JONES
         U.S.D.J.
         5/19/08