UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :     MISDEMEANOR
                                          INFORMATION
            v.                      :
                                          S1 07 Cr. 693 (BSJ)
RADICA NARINE,                      :

            Defendant.              :

- - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

From in or about October 2001, through in or about December 2006, in the Southern District of New York and elsewhere, RADICA NARINE, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which did not exceed the sum of $1,000, to wit, NARINE received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/14/08

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**RADICA NARINE,**

Defendant.

---

**INFORMATION**

S1 07 Cr. 693 (BSJ)

(Title 18, United States Code,
Sections 641 and 2.)


MICHAEL J. GARCIA
United States Attorney.

---

Feb 14, 2008

S1 Information filed.
Deft. Radica Narine present w/ atty. AUSA present
Deft. withdraws previous entered plea of not guilty
and now pleads guilty as charged in S1 Information
PSI ordered. Sent. date 5/16/08 at 2:30 p.
Bail cont'd.

Jones, J.